THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES WHITSON *et al.*, Defendants-Appellants.

(Nos. 74-89, 74-319 cons.;

Fifth District—August 4, 1975.

50

Opinion by Mr. PRESIDING JUSTICE JONES.

Paul Bradley and Victoria J. Meyers, both of State Appellate Defender's Office, of Chicago, for appellants.

Herbert J. Lantz, Jr., State's Attorney, of Chester (Bruce D. Irish and Raymond F. Buckley, Jr., both of Illinois State's Attorneys Association, of counsel), for the People.